FILED

2023 APR 20 PM 2:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

1  Name: Safeer Bashir Bhombal
2  Address: 650 North Rose Dr. #311
3  Placentia, Ca 92870
4  Phone: 714-931-9941
5  Plaintiff In Pro Per
6
7                **UNITED STATES DISTRICT COURT**
8                **CENTRAL DISTRICT OF CALIFORNIA**
9
10  Safeer Bashir Bhombal          )   **EDCV23-00699-JGB(SHKx)**
                                   )   Case No.:
11         **PLAINTIFF,**          )   (To be supplied by the Clerk)
                                   )   **COMPLAINT FOR:**
12         **vs.**                 )   Damages and relief for APA
13  State of California            )   Violations and Title 9 violations.
                                   )
14  _____        )   _____
                                   )
15  _____        )   _____
                                   )
16  _____        )   _____
                                   )
17  _____        )   **Jury Trial Demanded**
                                   )
18         **DEFENDANT(S).**       )
                                   )
19
20
21               ┌─────────────────────────────┐
                 │    **I. JURISDICTION**       │
                 └─────────────────────────────┘
22    1. This Court has jurisdiction under  Plaintiff partially resides
23  in San Bernardino County, but is technically a
24  resident of Orange County and utilizes an
25  Orange County mailing address.
26
27
28

Pro Se Clinic Form                    *Page Number*

1
2

## II. VENUE

3   2. Venue is proper pursuant to _Please see Jurisdiction_
4   _Section_
5
6
7
8

## III. PARTIES

9
10
11
12   3.   Plaintiff's name is _Safeer Bashir Bhombal_ . Plaintiff resides
13   at: _650 North Rose Dr. #311 Placentia, Ca 92870 (mailing_
14   _address)._
15
16
17
18   4. Defendant _State of California_
19
20
21
22
23
24   5. Defendant
25
26
27
28

Pro Se Clinic Form                    *Page Number*

## IV. STATEMENT OF FACTS

1. On April 21st 2021 (approx) small claims room hearing was scheduled. I Safeer Bashir Bhombal was the plaintiff, G6 hospitality was supposed to be the defendant. The wrong defendant showed up to court. Commissioner Vickie Lynn Hix was the presiding commissioner. Upon my case being called Hix made an open mockery of my last name. Hix also had to leave the bench to look up laws

2. Plaintiff brought up, citing Hix possible incompetence. After Hix ruled plaintiff could pursue action in venue, plaintiff informed Hix that Mr. Patel (the wrong defendant) was not the entity he wished to pursue action against. Hix dismissed Mr. Patel, Mr. Patel then proceeded to as Hix question regarding certain entities and processes. Hix politely and patiently answered Mr. Patel's questions even though Hix ruled

3. he was done. Mr. Patel presumable agitated due to being summoned to court, as well as for a previous situation regarding to plaintiff, decided to make matters matter's difficult to plaintiff, Mr. Patel did this in the form of informing Hix as to how to proceed. Hix initially stated to due to proof of G6 hospitality being served the case shall proceed by default. Despite this Hix accepted Mr. Patel's recommendation

4. that GG hospitality be allowed to present a
*Insert ¶ #* defense. Hit was allowing Mr. Patel to control the
courtroom, even though Hit ruled he was no longer an
involved party, Mr. Patel started to convince Hit that
GG need a fair chance even though Hit stated GG was
served. Plaintiff even ~~sat~~ stated that GG insurance
company reached out, Mr. Patel responded that it
was his insurance company that did. (Both entities

5. insurances companies did) Hit was not allowing
*Insert ¶ #* plaintiff to state that. Mr. Patel even stated that
defendant did not put claim on form (plaintiff did).
Plaintiff then requested explanation from Hit due to
Hit agreeing with Mr. Patel. After plaintiff's request
Hit let out a scream and ran off the bench, thus
openly humiliating plaintiff. This was a zoom hearing
so others in the hearing openly berated me as well.

6. From observing Mr. Patel's facial expressions he
*Insert ¶ #* was visibly satisfied with the inconvenience he had
caused me. Upon returning to the bench Hit proceeded
to go to the next case. Plaintiff nervously asked
if his case was done, Hit gave a shew hand signal
that it was. Mr. Patel thanked the judge ~~then~~ then
smirked and wished her a good day. During the
filing ~~of~~ of this case plaintiff filled out form,

## IV. STATEMENT OF FACTS

7. Requesting ADA accomodations. The accomodation requested requested but not limited to, more clarification as well as occasional occasional repetitive explanation as well. This was approved and Htd was the one whom signed off of this. Htd cannot claim to she had no knowledge as her signature is on the forms. Yet none of this was granted. All that was provided was open humiliation of and mockery.

8. Prior to may case being heard she was openly kind and patient with those with English difficulties, this openly displaying preferential treatment to those whom immigrated here (immigrants). Plaintiff proceeded to file complaints to the presiding judge as well as appeals to the California Judicial Council. Both parties ruled in Htd favor.

Insert ¶ #

Pro Se Clinic Form                              Page Number

1
2

## V. <u>CAUSES OF ACTION</u>

3
4
5

## <u>FIRST CAUSE OF ACTION</u>

6

( Violation  of  Americans with disabilites Act )

*insert title of cause of action*

7

**(As against Defendant(s):** State  of  California

8

( )

9
10

1. Plaintiff  stated  that  His  actions  and  behavior

*Insert ¶ #*

11

violated  ADA  laws  and  his  rights.  His  signature  should

12

have  granted  those  rights.  His  behavior  openly  discriminated

13

against  plaintiff  causing  harm.  ADA  laws  are  supposed

14

to  guarantee.  these  these  matters  do  not  occur.

15
16
17

*Insert ¶ #*

18
19
20
21
22
23

*Insert ¶ #*

24
25
26
27
28

## SECOND CAUSE OF ACTION

( Violation of title 9 )

*insert title of cause of action*

**(As against Defendant(s):** State of California

)

1. Htl openlt mocked plaintiff plaintiffs last name. Plaintiff understand's he has unique last name which alsgo Dr brought upon childhood trauma Htl reinforced that trauma as well as behaved unethically. Htl also granted perferential treatment to those with

2. from immigrant immigrant backgrounds, thus showing ethic and racial preferences.

## VI. <u>REQUEST FOR RELIEF</u>

WHEREFORE, the Plaintiff requests:

1. Monetary Compensation as well as Hit to be formally reprimanded. Plaintiff would like to request a formal apology from Hit. Plaintiff would also like to request more training required of such

2. employees. The compensation will provide relief in the form of therapy, loss of wages, future cost of hiring attorney (so this situation can be avoided), court cost and cost of legal procedure.

3. Compensation will also provide relief for damages down the line. Another example is cost for potential legal courses so plaintiff can be more well versed in the laws.

*Insert ¶ #*

1

## VII. DEMAND FOR JURY TRIAL

2

3

4        Plaintiff hereby requests a jury trial on all issues raised in this complaint.

5

6

7                          Dated: 04/20/2023

8

9

10                         Sign:

11                         Print Name: Sufeer Bashir Blumbgi

12                              Plaintiff in pro per

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28